IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:05-CR-0380-01-RWS |
| HECTOR PINEDA MENDOZA, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

This case is before the Court for consideration of the Report and Recommendation [545] of Magistrate Judge E. Clayton Scofield, III. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Mr. Mendoza's Section 2255 Motion is hereby **DISMISSED**, and he is **DENIED** a certificate of appealability.

**SO ORDERED** this  20th  day of August, 2014.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)